# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nugent, Robert E. | District of Kansas | 04/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U. S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

104 U.S. Courthouse
401 North Market
Wichita, Kansas 67202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President-elect | National Conference of Bankrutpcy Judges |
| 2. | Member | Kansas University Alumni Association, Wichita Area Chapter Board of Directors |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/30/13 | Bloomberg, LP; Writing | $4,254.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/13 | Teaching Income, USD 385--none |
| 2. 1-12/13 | Realtor Income, Prudential Real Estate |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nat'l Conf. of Bankruptcy Judges | 4/7-4/9/13 | Scottsdale AZ\ | NCBJ Midyear Meeting | travel, meals and lodging |
| 2. | --same | 10/29-11/1/13 | Atlanta GA | NCBJ Annual Meeting | same |
| 3. | --same | 6/30-7/1/13 | Chicago IL | NCBJ Persident Transition Meeting | same |
| 4. | --same | 9/16-9/18/13 | Washington DC | NCBJ Congressional Reception | same |
| 5. | --same | 12/18-19/13 | Washington DC | NCBJ Mtg with Chief Justice | same |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2014 |

| 6. | Spencer Fane Law Firm | 4/29-30/13 | Kansas City, KS | Mediation--firms split expenses | same |
|---|---|---|---|---|---|
| 7. | Gable Gotwals Law Firm | same | same | same | same |
| 8. | American Bankruptcy Institute | 10/3-5/13 | Kansas City MO | Midwestern Bky Institute | same |
| 9. | Kansas Bar Association | 4/4-5/13 | Lawrence, Ks | KBA Spring BKY ConferenceNCBJ Midyear Meeting | same |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Century Case Reserve MMA (Y) | | | | | | | | | |
| 2. R/O IRA #1 | E | Int./Div. | N | T | | | | | |
| 3. --Prime Fund Daily Money Fund (R/O IRA) | | | | | | | | | |
| 4. --American Realty Capital Properties (ARC) III | | | | | | | | | |
| 5. | | | | | Merged (with line 6) | 03/12/13 | J | | |
| 6. --ARC IV | | | | | Buy | 03/15/13 | L | | |
| 7. | | | | | Sold (part) | 07/22/13 | K | E | |
| 8. --United Development Funding IV | | | | | Buy | 05/03/13 | L | | |
| 9. --T Rowe Price US Treas Intermediate MMA | | | | | | | | | |
| 10. --Hartford High Yield A | | | | | Sold (part) | 04/30/13 | L | | |
| 11. | | | | | Buy (add'l) | 09/25/13 | K | | |
| 12. --Ivy High Income Fd A | | | | | Buy (add'l) | 06/10/13 | M | | |
| 13. | | | | | Sold (part) | 6/10/13 | M | C | |
| 14. | | | | | Sold (part) | 07/24/13 | M | | |
| 15. --Transamerica High Yield | | | | | Buy | 06/10/13 | L | | |
| 16. | | | | | Sold (part) | 06/10/13 | L | A | |
| 17. | | | | | Sold (part) | 07/24/13 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/25/13 | K | | |
| 19. --JP Morgan Gov Bond Fd | | | | | Buy | 07/25/13 | M | | |
| 20. | | | | | Sold | 08/15/13 | M | A | |
| 21. --JP Morgan Liquid Assets MMA | | | | | | | | | |
| 22. --JP Morgan High Yield Bond Fd | | | | | Buy | 09/24/13 | M | | |
| 23. --Halcon Res Corp | | | | | | | | | |
| 24. --Vanguard High Div Yield IDX (Y) | | | | | | | | | |
| 25. --Vanguard Target Retirement 2020 (Y) | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. R/O IRA #2 | C | Int./Div. | M | T | | | | | |
| 28. --Prime Fund Daily MMA | | | | | | | | | |
| 29. --American Funds Fundamental Inv. | | | | | | | | | |
| 30. --American Funds Growth | | | | | | | | | |
| 31. --AmFunds New Perspective | | | | | Sold | 07/18/12 | K | B | |
| 32. --AmFunds Income Fund America | | | | | Sold (part) | 10/02/13 | K | A | |
| 33. | | | | | Sold (part) | 09/27/13 | K | C | |
| 34. --ARC Global Trust | | | | | Buy | 10/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Simple IRA #1 | C | Int./Div. | K | T | | | | | |
| 37. --American Mutual Fund | | | | | Buy | 07/18/13 | J | | |
| 38. | | | | | Buy (add'l) | 09/25/13 | J | | |
| 39. --Capital Income Builder | | | | | | | | | |
| 40. --Growth Fund America | | | | | Buy (add'l) | 04/19/13 | J | | |
| 41. | | | | | | | | | |
| 42. Emprise Bank Account | A | Interest | J | T | | | | | |
| 43. Emprise Bank MMA | A | Interest | J | T | | | | | |
| 44. Emprise Bank Passbook Account II | A | Interest | J | T | | | | | |
| 45. Citizens Bank of Kansas Dep Acct | A | Interest | J | T | | | | | |
| 46. Citizens Bank Saving | A | Interest | M | T | | | | | |
| 47. Learning Quest 529 Fund Short-term (American Century) | A | Distribution | J | T | | | | | |
| 48. Vanguard MMA | A | Dividend | J | T | | | | | |
| 49. Vanguard Small Cap Value IDX (Y) | | | | | | | | | |
| 50. Vanguard Total Bond IDX (Y) | | | | | | | | | |
| 51. Vanguard 500 IDX (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Vanguard Value IDX (Y) | | | | | | | | | |
| 53.   Vanguard Total Int'l IDX (Y) | | | | | | | | | |
| 54.   Northwestern Mutual Whole Life #1 | A | Dividend | K | T | | | | | |
| 55.   Northwestern Mutual Whole Life #2 | A | Dividend | K | T | | | | | |
| 56.   Northwestern Mutual Whole Life #3 | A | Dividend | J | T | | | | | |
| 57.   Emprise CD 6 (77) | A | Interest | J | T | | | | | |
| 58.   Emprise CD 2 | A | Interest | J | T | | | | | |
| 59.   Emprise Bank CD 3 (19) | A | Interest | J | T | | | | | |
| 60.   Emprise Bank CD 4 (30) | A | Interest | J | T | | | | | |
| 61.   Emprise Bank CD 5 (41) | A | Interest | J | T | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 7:

General statement: Format of information has been revised to reflect assets in R/O IRAs #1 and 2 and Simple IRA #1. These are Aggregate Ownership Arrangements. I have reported income and value in columns B and C by AOA and not by asset as the instructions allow.

Line 9: I changed advisers during 2012. I inadvertently omitted from the 2012 report a reference to T Rowe Price US Treasury Intermediate Money Market Account which is a clearing account for R/O IRA #1.

Line 31: Re American Funds New Perspective, R/O IRA #2 contained this asset which sale was inadvertently omitted from the 2012 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/29/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Nugent**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544